FRANK M. FLANSBURG III, ESQ., Nevada Bar No. 6974
fflansburg@bhfs.com
MAXIMILIEN D. FETAZ, ESQ., Nevada Bar No. 12737
mfetaz@bhfs.com
EMILY L. DYER, ESQ., Nevada Bar No. 14512
edyer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

AARON F. MINER, ESQ. (*pro hac vice*)
Aaron.Miner@arnoldporter.com
SASHA ZHENG, ESQ. (*pro hac vice*)
Sasha.Zheng@arnoldporter.com
ANDREW C. JOHNSON, ESQ. (*pro hac vice*)
Andrew.Johnson@arnoldporter.com
KELLEY CHANGFONG-HAGEN, ESQ. (*pro hac vice*)
Kelley.Changfong-Hagen@arnoldporter.com
AIDAN MULRY, ESQ. (*pro hac vice*)
Aidan.Mulry@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.7811

*Attorneys for Plaintiff HF Foods Group, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HF FOODS GROUP INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAODONG XU; ZHOU MIN NI; FAI LAM, in his capacity as Trustee of THE IRREVOCABLE TRUST FOR RAYMOND NI; WEIHUI KWOK; and YUANYUAN WU,<br><br>Defendants. | CASE NO.: 2:23-cv-00748-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff HF Foods Group Inc. ("Plaintiff"), through its counsel of record Brownstein Hyatt Farber Schreck and Arnold & Porter Kaye Scholer LLP; Defendants Zhou Min Ni ("Mr. Ni") and Fai Lam, in his capacity as

Trustee of The Irrevocable Trust for Raymond Ni ("Mr. Lam"), Weihui Kwok ("Mr. Kwok"), and Maodong Xu ("Mr. Xu") (collectively, the "Defendants"), through their counsel of record, Sklar Williams, PLLC, as follows:

1. On May 11, 2023, Plaintiff filed its Complaint for Damages and Declaratory and Injunctive Relief for Violations of Federal Securities Laws against Defendants. ECF 2.

2. On or about May 15, 2023, Plaintiff served the Summons and Complaint on Mr. Ni. ECF 41.

3. On or about May 16, 2023, Plaintiff served the Summons and Complaint on Mr. Kwok. ECF 38.

4. On or about May 27, 2023, Plaintiff served the Summons and Complaint on Mr. Lam. ECF 43.

5. On June 5, 2023, Mr. Lam, Mr. Kwok, and Defendant Yuanyuan Wu moved for a 30-day extension to respond to the Complaint, which the Court granted. ECF 44-45.

6. On or about June 9, 2023, Plaintiff served the Summons and Complaint on Mr. Xu. ECF 46.

7. Thereafter, the Parties expressed a mutual desire to engage in good faith settlement discussions.

8. Certain Defendants have changed counsel and retained counsel, necessitating additional time to respond to the Complaint, which Plaintiff has accommodated.

9. Pursuant to LR IA 6-1(a), the Parties wish to extend the deadline for Defendants to respond to the Complaint by approximately 60 days in order to further the Parties' settlement discussions and to coordinate Defendants' response deadline should the Parties not settle.

10. No discovery deadlines or dates for trial have been set.

11. Accordingly, the Parties stipulate and agree that Defendants shall have up to and including October 10, 2023 within which to file their responses to Plaintiff's Complaint.

12. This stipulation is brought in good faith by the parties and not for purposes of delay.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

13. This is the Parties' first request to extend Defendants' response deadline.[1]

**IT IS SO STIPULATED.**

DATED this 11th day of August 2023.                    DATED this 11th day of August 2023.

**BROWNSTEIN HYATT**                                   **SKLAR WILLIAMS, PLLC**
**FARBER SCHRECK, LLP**

By: */s/ Frank M. Flansburg III*                       By: */s/ Stephen R. Hackett, Esq.*
FRANK M. FLANSBURG III, ESQ.                           STEPHEN R. HACKETT, ESQ.
MAXIMILIEN D. FETAZ, ESQ.                              Nevada Bar No. 5010
EMILY L. DYER, ESQ.                                    shackett@sklar-law.com
                                                       410 S. Rampart Blvd., Suite 350
**ARNOLD & PORTER KAYE**                               Las Vegas, NV 89144
**SCHOLER LLP**                                        Telephone: 702.360.6000
AARON F. MINER, ESQ.                                   Facsimile: 702.360.0000
(*pro hac vice*)
SASHA ZHENG, ESQ.                                      *Attorney for Defendants Zhou Min Ni; Fai*
(*pro hac vice*)                                       *Lam, in his capacity as Trustee of The*
ANDREW C. JOHNSON, ESQ.                                *Irrevocable Trust for Raymond Ni; Weihui*
(*pro hac vice*)                                       *Kwok; and Maodong Xu*
KELLEY CHANGFONG-HAGEN, ESQ.
(*pro hac vice*)
AIDAN MULRY, ESQ.
(*pro hac vice*)

*Attorneys for Plaintiff HF Foods Group, Inc.*

**IT IS SO ORDERED**.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 14, 2023

---

[1] This is the second request to extend the deadline for Mr. Lam and Mr. Kwok to respond to the Complaint. Plaintiff and Mr. Lam, Mr. Kwok, and Defendant Yuanyuan Wu filed a stipulation to extend the deadline to answer the Complaint on June 14, 2023 (ECF 47), which was denied without prejudice for failing to state the reason for the requested extension under LR IA 6-1(a). ECF 48.

3

25942062.1