BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

FRANK M. FLANSBURG III, ESQ., Nevada Bar No. 6974
fflansburg@bhfs.com
MAXIMILIEN D. FETAZ, ESQ., Nevada Bar No. 12737
mfetaz@bhfs.com
EMILY L. DYER, ESQ., Nevada Bar No. 14512
edyer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135

AARON F. MINER, ESQ. (*pro hac vice*)
Aaron.Miner@arnoldporter.com
SASHA ZHENG, ESQ. (*pro hac vice*)
Sasha.Zheng@arnoldporter.com
KELLEY CHANGFONG-HAGEN, ESQ. (*pro hac vice*)
Kelley.Changfong-Hagen@arnoldporter.com
AIDAN MULRY, ESQ. (*pro hac vice*)
Aidan.Mulry@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone:  212.836.7811

*Attorneys for Plaintiff HF Foods Group Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HF FOODS GROUP INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAODONG XU; ZHOU MIN NI; FAI LAM, in his capacity as Trustee of THE IRREVOCABLE TRUST FOR RAYMOND NI; WEIHUI KWOK; and YUANYUAN WU,<br><br>Defendants. | CASE NO.: 2:23-cv-00748-CDS- DJA<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL AS COUNSEL** |

Please take NOTICE that pursuant to Local Rule 11-6(b) and (e), Andrew C. Johnson, Esq. is no longer associated or affiliated with the law firm of Arnold & Porter Kaye Scholar and is thus no longer counsel of record for HF Foods Group Inc.  Further, Mr. Johnson's withdrawal will not cause delay of discovery, the trial, or any hearing in the case because Plaintiff will continue to be

30720376

1  represented by Frank M. Flansburg III, Maximilien D. Fetaz, Emily L. Dyer of Brownstein Hyatt
2  Farber Schreck, LLP, and Aaron Miner, Sasha Zheng, Kelley Changfong-Hagen, and Aiden Mulry
3  of Arnold & Porter Kaye Scholar.

    Date: August 23, 2024.

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Frank M. Flansburg III*
FRANK M. FLANSBURG III, ESQ., Nevada Bar No. 6974
fflansburg@bhfs.com
MAXIMILIEN D. FETAZ, ESQ., Nevada Bar No. 12737
mfetaz@bhfs.com
EMILY L. DYER, ESQ., Nevada Bar No. 14512
edyer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135

AARON F. MINER, ESQ. (*pro hac vice*)
Aaron.Miner@arnoldporter.com
SASHA ZHENG, ESQ. (*pro hac vice*)
Sasha.Zheng@arnoldporter.com
KELLEY CHANGFONG-HAGEN, ESQ. (*pro hac vice*)
Kelley.Changfong-Hagen@arnoldporter.com
AIDAN MULRY, ESQ. (*pro hac vice*)
Aidan.Mulry@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone:  212.836.7811

*Attorneys for Plaintiff HF Foods Group Inc.*

**IT IS SO ORDERED**.

DATED:  8/26/2024

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP, and that on the 23rd day of August, 2024, I served a true and correct copy of the **NOTICE OF DISASSOCIATION AND WITHDRAWAL AS COUNSEL**, via electronic service through the Court's CM/ECF Filing System, to all parties and counsel as identified on the court-generated Notice of Electronic Filing.

*/s/ Mercedes Mosher*
An employee of Brownstein Hyatt Farber Schreck, LLP

30720376