Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email: shackett@sklar-law.com
           dbarney@sklar-law.com
*Attorney for Defendants Maodong Xu;*
*Zhou Min Ni; Fai Lam, in his capacity*
*as Trustee of The Irrevocable Trust for*
*Raymond Ni; Weihui Kwok; and*
*Yuanyuan Wu*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HF FOODS GROUP INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>MAODONG XU; ZHOU MIN NI; FAI LAM, in his capacity as Trustee of THE IRREVOCABLE TRUST FOR RAYMOND NI; WEIHUI KWOK; and YUANYUAN WU,<br><br>Defendants | CASE NO.: 2:23-cv-00748-~~GMN~~-DJA<br>(CDS)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff HF Foods Group Inc., and Defendants Maodong XU, Zhou Min Ni, Fai Lam in his capacity as Trustee of The Irrevocable Trust for Raymand Ni, Weihui Kwok and Yuanyuan Wu, (hereinafter "Defendants") hereby agree and stipulate to the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure. This dismissal is made without prejudice, and each party shall bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED**.

Dated this 30th day of December, 2024.

**BROWNSTEIN HYATT
FARBER SCHRECK, LLP**

By: /s/ Maximilien D. Fetaz
FRANK M. FLANSBURG III, ESQ.
MAXIMILIEN D. FETAZ, ESQ.
EMILY L. DYER, ESQ.

**ARNOLD & PORTER KAYE
SCHOLER LLP**
AARON F. MINER, ESQ.
(*pro hac vice*)
SASHA ZHENG, ESQ.
(*pro hac vice*)
KELLEY CHANGFONG-HAGEN, ESQ.
(*pro hac vice*)
AIDAN MULRY, ESQ.
(*pro hac vice*)
*Attorneys for Plaintiff HF Foods Group, Inc.*

Dated this 30th day of December, 2024.

**SKLAR WILLIAMS PLLC**

By: /s/ Stephen R. Hackett
STEPHEN R. HACKETT, ESQ.
Nevada Bar No. 5010
shackett@sklar-law.com
410 S. Rampart Blvd., Suite 350
Las Vegas, NV 89144
Telephone:  702.360.6000
Facsimile:   702.360.0000

*Attorney for Defendants Zhou Min Ni; Fai Lam, in his capacity as Trustee of The Irrevocable Trust for Raymond Ni; Weihui Kwok; Yuanyuan Wu and Maodong Xu*

Based on the parties' stipulation, this case is dismissed without prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED:  January 2, 2025